**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | McCoy Counseling, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF ARKANSAS |
| Case number: | 4:24-bk-10180 |

☐ Check if this is an amended filing

Official Form 425C
**Monthly Operating Report for Small Business Under Chapter 11**          12/17

| | | | |
|---|---|---|---|
| Month: | JULY | Date report filed: | 09/11/2025 |
| | | | MM/DD/YYYY |
| Line of business: | Mental Health Service | NAISC code: | 6213 |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

| | |
|---|---|
| Responsible party: | Merideth McCoy |
| Original signature of responsible party | /s/ Merideth McCoy |
| Printed name of responsible party | Merideth McCoy |

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

### 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                     $ 26,100.25
    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

| Debtor Name | McCoy Counseling, LLC | Case number | 4:24-bk-10180 |
|---|---|---|---|

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                    $  215,004.87

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstandingchecks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                                $  180,494.67

22. **Net case flow**                                                      $  34,510.20

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                         = $  60,610.45

    Report this figure as *the cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

### 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                     $ _____
    (Exhibit E)

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                  $ _____
    (Exhibit F)

### 5. Employees

26. What was the number of employees when the case was filed?              52
27. What is the number of employees as of the date of this monthly report? 49

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 17,291.75

| Debtor Name | McCoy Counseling, LLC | Case number | 4:24-bk-10180 |
|---|---|---|---|

30. How much have you paid this month in other professional fees? $ _____

31. How much have you paid in total other professional fees since filing the case? $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ _____ | | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | | $ _____ |

35. Total projected cash receipts for the next month: $ _____

36. Total projected cash disbursements for the next month: − $ _____

37. Total projected net cash flow for the next month: = $ _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.
☐ 42. Project, job costing, or work-in-progress reports.

**Regions Bank**
Little Rock Main
400 W Capitol Ave., Suite 250
Little Rock, AR 72201

MCCOY COUNSELING LLC DBA ARGENTA
COUNSELING
DEBTOR IN POSSESSION--OPERATING
CASE NO. 4:24-BK10180
513 MAIN ST
NORTH LITTLE ROCK AR 72114-5329

**ACCOUNT #**  7502

| | |
|---|---:|
| | 053 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 12 |

## LIFEGREEN BUSINESS CHECKING
July 1, 2025 through July 31, 2025

### SUMMARY

| | | | |
|---|---:|---|---:|
| **Beginning Balance** | **$26,100.25** | Minimum Balance | $12,472 |
| Deposits & Credits | $215,004.87 + | Average Balance | $28,221 |
| Withdrawals | $130,457.86 - | | |
| Fees | $187.50 - | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $49,849.31 - | | |
| **Ending Balance** | **$60,610.45** | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---:|
| 07/01 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 29.79 |
| 07/01 | Cigna Edge Trans Hcclaimpmt Argenta Counse 600601138113 | 32.00 |
| 07/01 | Cigna     Hcclaimpmt /Argenta Couns 823428904 | 40.48 |
| 07/01 | Blue Advantage   Us01 Argenta Counse 1538655006 | 66.55 |
| 07/01 | United Behaviora Hcclaimpmt McCoy Counseli 823428904 | 84.47 |
| 07/01 | Geha Umr     Hcclaimpmt McCoy Counseli 823428904 | 104.59 |
| 07/01 | Blue Advantage   Us01 Argenta Counse 1538655006 | 131.19 |
| 07/01 | Blue Advantage   Us01 Argenta Counse 1538655006 | 136.19 |
| 07/01 | Blue Advantage   Us01 Argenta Counse 1538655006 | 136.19 |
| 07/01 | Blue Advantage   Us01 Argenta Counse 1538655006 | 156.19 |
| 07/01 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 159.58 |
| 07/01 | Blue Advantage   Us01 Argenta Counse 1538655006 | 423.57 |
| 07/01 | Hlth Adv Si   Hasi Argenta Counse 1538655006 | 441.66 |
| 07/01 | Blue Advantage   Us01 Argenta Counse 1538655006 | 462.79 |
| 07/01 | Blue Advantage   Us01 Argenta Counse 1538655006 | 468.57 |
| 07/01 | Blue Advantage   Us01 Argenta Counse 1538655006 | 624.76 |
| 07/01 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 4,537.14 |
| 07/02 | Cigna Edge Trans Hcclaimpmt Argenta Counse 604001113361 | 34.00 |
| 07/02 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 49.59 |
| 07/02 | Optum VA Ccn Reg Hcclaimpmt McCoy Counseli 823428904 | 75.69 |
| 07/02 | Hlth Adv ST   Hast Argenta Counse 1538655006 | 83.09 |
| 07/02 | Octave Amisys   Ctct Argenta Counse 1538655006 | 110.68 |
| 07/02 | Abcbs Fep     Fped Argenta Counse 1538655006 | 122.75 |
| 07/02 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 132.09 |
| 07/02 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 259.37 |
| 07/02 | Hlthadv Exchange Hahe Argenta Counse 1538655006 | 296.66 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2025 Regions Bank Member FDIC. All loans subject to credit approval.

**Regions Bank**
Little Rock Main
400 W Capitol Ave., Suite 250
Little Rock, AR 72201

MCCOY COUNSELING LLC DBA ARGENTA
COUNSELING
DEBTOR IN POSSESSION--OPERATING
CASE NO. 4:24-BK10180
513 MAIN ST
NORTH LITTLE ROCK AR 72114-5329

ACCOUNT #                    7502

|            |              |
|---         |---           |
|            | 053          |
| Cycle      | 26           |
| Enclosures | 0            |
| Page       | 2 of 12      |

## DEPOSITS & CREDITS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 07/02 | Abcbs Fep       Fpec Argenta Counse 1538655006 | 529.33 |
| 07/02 | Abcbs Reg       Bcbc Argenta Counse 1538655006 | 1,345.44 |
| 07/02 | Abcbs Amisys    Bcab Argenta Counse 1538655006 | 1,925.94 |
| 07/02 | Marketplace     Hcclaimpmt McCoy Counseli | 2,800.49 |
| 07/02 | Abcbs Blue Card  It01 Argenta Counse 1538655006 | 4,032.14 |
| 07/02 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 3,437.40 |
| 07/02 | Mobile Deposit-Avail Tonight | 59.95 |
| 07/02 | Deposit - Thank You | 929.84 |
| 07/03 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 5.00 |
| 07/03 | Abcbs Fep       Fped Argenta Counse 1538655006 | 75.92 |
| 07/03 | Pgba Tricare Wa5 Hcclaimpmt Argenta Counse 1538655006  370 | 109.29 |
| 07/03 | Pgba Tricare Wr5 Hcclaimpmt Argenta Counse 1538655006  370 | 181.34 |
| 07/03 | Abcbs Fep       Fpec Argenta Counse 1538655006 | 247.76 |
| 07/03 | Pgba Tricare Wr5 Hcclaimpmt Argenta Counse 1538655006  370 | 256.68 |
| 07/03 | Marketplace     Hcclaimpmt McCoy Counseli | 576.76 |
| 07/03 | Pay Plus        Hcclaimpmt Kellee McCoy P 823428904 | 10.00 |
| 07/03 | Marketplace     Hcclaimpmt McCoy Counseli | 612.04 |
| 07/03 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 1,855.11 |
| 07/07 | Aetna As01      Hcclaimpmt McCoy Counseli 1538655006 | 79.02 |
| 07/07 | United Behaviora Hcclaimpmt McCoy Counseli 823428904 | 82.01 |
| 07/07 | Optum VA Ccn Reg Hcclaimpmt McCoy Counseli 823428904 | 111.19 |
| 07/07 | Cigna           Hcclaimpmt /Argenta Couns 823428904 | 163.00 |
| 07/07 | Aetna As01      Hcclaimpmt McCoy Counseli 1538655006 | 591.34 |
| 07/07 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 668.28 |
| 07/07 | Hlth Adv AR     Haar Argenta Counse 1538655006 | 2,001.93 |
| 07/07 | Cigna Edge Trans Hcclaimpmt Argenta Counse 601200706044 | 32.00 |
| 07/07 | Pgba Tricare Wr5 Hcclaimpmt Argenta Counse 1538655006  370 | 83.39 |
| 07/07 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 101.07 |
| 07/07 | Pay Plus        Hcclaimpmt Kellee McCoy P 823428904 | 126.19 |
| 07/07 | Pgba Tricare Wa5 Hcclaimpmt Argenta Counse 1538655006  370 | 166.78 |
| 07/07 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 283.24 |
| 07/07 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 335.00 |
| 07/07 | Marketplace     Hcclaimpmt McCoy Counseli | 1,149.06 |
| 07/07 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 3,033.92 |
| 07/08 | Cigna Edge Trans Hcclaimpmt Argenta Counse 601001123615 | 17.62 |
| 07/08 | Pgba Tricare Wr5 Hcclaimpmt Argenta Counse 1538655006  370 | 45.39 |
| 07/08 | Umr             Hcclaimpmt McCoy Counseli 823428904 | 79.79 |
| 07/08 | Geha Umr        Hcclaimpmt McCoy Counseli 823428904 | 84.79 |
| 07/08 | Blue Advantage   Us01 Argenta Counse 1538655006 | 92.95 |
| 07/08 | Blue Advantage   Us01 Argenta Counse 1538655006 | 120.40 |
| 07/08 | Blue Advantage   Us01 Argenta Counse 1538655006 | 136.19 |
| 07/08 | Blue Advantage   Us01 Argenta Counse 1538655006 | 136.19 |
| 07/08 | Blue Advantage   Us01 Argenta Counse 1538655006 | 146.19 |
| 07/08 | Blue Advantage   Us01 Argenta Counse 1538655006 | 247.74 |
| 07/08 | Blue Advantage   Us01 Argenta Counse 1538655006 | 262.17 |
| 07/08 | Blue Advantage   Us01 Argenta Counse 1538655006 | 265.90 |
| 07/08 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 283.96 |
| 07/08 | Blue Advantage   Us01 Argenta Counse 1538655006 | 315.44 |
| 07/08 | Blue Advantage   Us01 Argenta Counse 1538655006 | 438.57 |
| 07/08 | Blue Advantage   Us01 Argenta Counse 1538655006 | 715.74 |
| 07/08 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 1,473.06 |
| 07/08 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 4,315.66 |
| 07/08 | Mobile Deposit-Avail Tonight | 41.92 |
| 07/08 | Mobile Deposit-Avail Tonight | 84.79 |

**Regions Bank**
Little Rock Main
400 W Capitol Ave., Suite 250
Little Rock, AR 72201

MCCOY COUNSELING LLC DBA ARGENTA
COUNSELING
DEBTOR IN POSSESSION--OPERATING
CASE NO. 4:24-BK10180
513 MAIN ST
NORTH LITTLE ROCK AR 72114-5329

ACCOUNT #    7502

Cycle   053
          26
Enclosures   0
Page   3 of 12

## DEPOSITS & CREDITS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 07/08 | Mobile Deposit-Avail Tonight | 109.59 |
| 07/08 | Mobile Deposit-Avail Tonight | 89.59 |
| 07/08 | Mobile Deposit-Avail Tonight | 31.23 |
| 07/08 | Mobile Deposit-Avail Tonight | 69.79 |
| 07/09 | Pgba Tricare Wa5 Hcclaimpmt Argenta Counse 1538655006  370 | 51.39 |
| 07/09 | Cigna       Hcclaimpmt /Argenta Couns 823428904 | 63.71 |
| 07/09 | Umr         Hcclaimpmt McCoy Counseli 823428904 | 79.79 |
| 07/09 | Umr         Hcclaimpmt McCoy Counseli 823428904 | 79.79 |
| 07/09 | Pgba Tricare Wa5 Hcclaimpmt Argenta Counse 1538655006  370 | 109.29 |
| 07/09 | Cigna Edge Trans Hcclaimpmt Argenta Counse 603801168680 | 135.95 |
| 07/09 | Pgba Tricare Wr5 Hcclaimpmt Argenta Counse 1538655006  370 | 169.99 |
| 07/09 | Cigna       Hcclaimpmt /Argenta Couns 823428904 | 208.57 |
| 07/09 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 254.37 |
| 07/09 | Abcbs Fep     Fpec Argenta Counse 1538655006 | 480.74 |
| 07/09 | Hlth Adv Si   Hasi Argenta Counse 1538655006 | 498.57 |
| 07/09 | Marketplace    Hcclaimpmt McCoy Counseli | 1,625.40 |
| 07/09 | Umr         Hcclaimpmt McCoy Counseli 823428904 | 1,859.30 |
| 07/09 | Abcbs Blue Card  It01 Argenta Counse 1538655006 | 2,850.58 |
| 07/09 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 3,197.89 |
| 07/10 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 49.59 |
| 07/10 | Pgba Tricare Wa5 Hcclaimpmt Argenta Counse 1538655006  370 | 102.78 |
| 07/10 | Walmart      Uswm Argenta Counse 1538655006 | 131.19 |
| 07/10 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 172.42 |
| 07/10 | Pgba Tricare Wr5 Hcclaimpmt Argenta Counse 1538655006  370 | 176.54 |
| 07/10 | Marketplace    Hcclaimpmt McCoy Counseli | 1,975.01 |
| 07/10 | Hlth Adv AR   Haar Argenta Counse 1538655006 | 2,719.07 |
| 07/10 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 3,708.48 |
| 07/10 | Mobile Deposit-Avail Tonight | 111.25 |
| 07/11 | Abcbs Fep     Fpel Argenta Counse 1538655006 | 43.15 |
| 07/11 | Cigna Edge Trans Hcclaimpmt Argenta Counse 600901194968 | 44.00 |
| 07/11 | Aetna A04     Hcclaimpmt McCoy Counseli 1538655006 | 48.49 |
| 07/11 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 69.79 |
| 07/11 | Aetna As01    Hcclaimpmt McCoy Counseli 1538655006 | 79.02 |
| 07/11 | Umr         Hcclaimpmt McCoy Counseli 823428904 | 79.79 |
| 07/11 | Geha Umr     Hcclaimpmt McCoy Counseli 823428904 | 84.79 |
| 07/11 | Abcbs Fep     Fped Argenta Counse 1538655006 | 112.96 |
| 07/11 | Umr         Hcclaimpmt McCoy Counseli 823428904 | 118.71 |
| 07/11 | Abcbs Fep     Fpev Argenta Counse 1538655006 | 132.96 |
| 07/11 | Cigna       Hcclaimpmt /Argenta Couns 823428904 | 151.00 |
| 07/11 | Aetna As01    Hcclaimpmt McCoy Counseli 1538655006 | 204.14 |
| 07/11 | Hlthadv Exchange Hahe Argenta Counse 1538655006 | 319.83 |
| 07/11 | Marketplace    Hcclaimpmt McCoy Counseli | 387.85 |
| 07/11 | Abcbs Fep     Fpec Argenta Counse 1538655006 | 431.84 |
| 07/11 | Umr         Hcclaimpmt McCoy Counseli 823428904 | 1,662.96 |
| 07/11 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 3,590.88 |
| 07/14 | 36  Treas 310    Misc Pay 0009mccoy Coun 823428904360012 | 83.38 |
| 07/14 | Baa Level Fund   Uslf Argenta Counse 1538655006 | 136.19 |
| 07/14 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 845.96 |
| 07/14 | Abcbs Amisys    Bcab Argenta Counse 1538655006 | 3,656.27 |
| 07/14 | Pgba Tricare Wr5 Hcclaimpmt Argenta Counse 1538655006  370 | 20.00 |
| 07/14 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 40.00 |
| 07/14 | Cigna       Hcclaimpmt /Argenta Couns 823428904 | 82.45 |
| 07/14 | Marketplace    Hcclaimpmt McCoy Counseli | 155.11 |
| 07/14 | Cigna       Hcclaimpmt /Argenta Couns 823428904 | 264.60 |

**Regions Bank**
Little Rock Main
400 W Capitol Ave., Suite 250
Little Rock, AR 72201

MCCOY COUNSELING LLC DBA ARGENTA
COUNSELING
DEBTOR IN POSSESSION--OPERATING
CASE NO. 4:24-BK10180
513 MAIN ST
NORTH LITTLE ROCK AR 72114-5329

ACCOUNT #                7502

Cycle 053
Enclosures 26
Page 0
4 of 12

## DEPOSITS & CREDITS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 07/14 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 350.00 |
| 07/14 | Marketplace     Hcclaimpmt McCoy Counseli | 379.05 |
| 07/14 | Marketplace     Hcclaimpmt McCoy Counseli | 446.83 |
| 07/14 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 1,823.73 |
| 07/14 | Hlth Adv AR     Haar Argenta Counse 1538655006 | 1,903.28 |
| 07/15 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 28.71 |
| 07/15 | Pgba Tricare Wr5 Hcclaimpmt Argenta Counse 1538655006  370 | 45.39 |
| 07/15 | Geha Umr      Hcclaimpmt McCoy Counseli 823428904 | 73.71 |
| 07/15 | Umr         Hcclaimpmt McCoy Counseli 823428904 | 79.79 |
| 07/15 | Blue Advantage  Us01 Argenta Counse 1538655006 | 92.95 |
| 07/15 | Pgba Tricare Wa5 Hcclaimpmt Argenta Counse 1538655006  370 | 102.78 |
| 07/15 | 36  Treas 310    Misc Pay 0009mccoy Coun 823428904360012 | 127.71 |
| 07/15 | Blue Advantage  Us01 Argenta Counse 1538655006 | 131.19 |
| 07/15 | Blue Advantage  Us01 Argenta Counse 1538655006 | 132.95 |
| 07/15 | Blue Advantage  Us01 Argenta Counse 1538655006 | 135.40 |
| 07/15 | Blue Advantage  Us01 Argenta Counse 1538655006 | 136.19 |
| 07/15 | Blue Advantage  Us01 Argenta Counse 1538655006 | 141.19 |
| 07/15 | Blue Advantage  Us01 Argenta Counse 1538655006 | 146.19 |
| 07/15 | Optum VA Ccn Reg Hcclaimpmt McCoy Counseli 823428904 | 168.09 |
| 07/15 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 279.37 |
| 07/15 | Blue Advantage  Us01 Argenta Counse 1538655006 | 317.38 |
| 07/15 | Octave Amisys    Ctct Argenta Counse 1538655006 | 836.04 |
| 07/15 | Blue Advantage  Us01 Argenta Counse 1538655006 | 1,037.32 |
| 07/15 | Abcbs Reg      Bcbc Argenta Counse 1538655006 | 6,086.98 |
| 07/15 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 2,575.05 |
| 07/16 | Cigna        Hcclaimpmt /Argenta Couns 823428904 | 32.00 |
| 07/16 | Cigna        Hcclaimpmt /Argenta Couns 823428904 | 49.00 |
| 07/16 | Umr         Hcclaimpmt McCoy Counseli 823428904 | 79.79 |
| 07/16 | Cigna Edge Trans Hcclaimpmt Argenta Counse 604001121606 | 93.95 |
| 07/16 | Umr         Hcclaimpmt McCoy Counseli 823428904 | 104.79 |
| 07/16 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 189.58 |
| 07/16 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 209.58 |
| 07/16 | Hlth Adv Si     Hasi Argenta Counse 1538655006 | 271.88 |
| 07/16 | Abcbs Fep      Fpec Argenta Counse 1538655006 | 686.47 |
| 07/16 | Marketplace     Hcclaimpmt McCoy Counseli | 1,667.10 |
| 07/16 | Abcbs Blue Card  It01 Argenta Counse 1538655006 | 4,480.33 |
| 07/16 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 3,837.08 |
| 07/16 | Deposit - Thank You | 238.58 |
| 07/17 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 5.00 |
| 07/17 | 36  Treas 310    Misc Pay 0009mccoy Coun 823428904360012 | 25.00 |
| 07/17 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 29.79 |
| 07/17 | Pgba Tricare Wa5 Hcclaimpmt Argenta Counse 1538655006  370 | 80.64 |
| 07/17 | Hlth Adv ST     Hast Argenta Counse 1538655006 | 150.79 |
| 07/17 | Pgba Tricare Wr5 Hcclaimpmt Argenta Counse 1538655006  370 | 166.78 |
| 07/17 | Geha Umr      Hcclaimpmt McCoy Counseli 823428904 | 169.58 |
| 07/17 | Marketplace     Hcclaimpmt McCoy Counseli | 192.16 |
| 07/17 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 220.81 |
| 07/17 | Marketplace     Hcclaimpmt McCoy Counseli | 549.69 |
| 07/17 | Marketplace     Hcclaimpmt McCoy Counseli | 902.88 |
| 07/17 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 2,519.44 |
| 07/18 | Cigna Edge Trans Hcclaimpmt Argenta Counse 602001260542 | 51.00 |
| 07/18 | Abcbs Fep      Fpel Argenta Counse 1538655006 | 112.96 |
| 07/18 | Umr         Hcclaimpmt McCoy Counseli 823428904 | 124.94 |
| 07/18 | Pgba Tricare Wr5 Hcclaimpmt Argenta Counse 1538655006  370 | 211.61 |

**Regions Bank**
Little Rock Main
400 W Capitol Ave., Suite 250
Little Rock, AR 72201

MCCOY COUNSELING LLC DBA ARGENTA COUNSELING
DEBTOR IN POSSESSION--OPERATING
CASE NO. 4:24-BK10180
513 MAIN ST
NORTH LITTLE ROCK AR 72114-5329

ACCOUNT #  7502

053
Cycle 26
Enclosures 0
Page 5 of 12

## DEPOSITS & CREDITS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 07/18 | Abcbs Fep       Fped Argenta Counse 1538655006 | 225.92 |
| 07/18 | Abcbs Fep       Fpev Argenta Counse 1538655006 | 233.04 |
| 07/18 | Hlthadv Exchange Hahe Argenta Counse 1538655006 | 256.36 |
| 07/18 | Aetna As01      Hcclaimpmt McCoy Counseli 1538655006 | 297.90 |
| 07/18 | Abcbs Fep       Fpec Argenta Counse 1538655006 | 443.11 |
| 07/18 | Aetna As01      Hcclaimpmt McCoy Counseli 1538655006 | 443.66 |
| 07/18 | Merchant Bnkcd  Deposit Argenta Counse 266280733889 | 2,134.81 |
| 07/21 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 29.79 |
| 07/21 | Umr             Hcclaimpmt McCoy Counseli 823428904 | 79.79 |
| 07/21 | Baa Level Fund  Uslf Argenta Counse 1538655006 | 136.19 |
| 07/21 | Umr             Hcclaimpmt McCoy Counseli 823428904 | 481.11 |
| 07/21 | Umr             Hcclaimpmt McCoy Counseli 823428904 | 1,380.26 |
| 07/21 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 1,513.77 |
| 07/21 | Abcbs Amisys    Bcab Argenta Counse 1538655006 | 4,291.00 |
| 07/21 | Cigna Edge Trans Hcclaimpmt Argenta Counse 601801236938 | 66.95 |
| 07/21 | Pgba Tricare Wa5 Hcclaimpmt Argenta Counse 1538655006  370 | 102.78 |
| 07/21 | Cigna           Hcclaimpmt /Argenta Couns 823428904 | 108.60 |
| 07/21 | Merchant Bnkcd  Deposit Argenta Counse 266280733889 | 145.00 |
| 07/21 | Merchant Bnkcd  Deposit Argenta Counse 266280733889 | 270.00 |
| 07/21 | Cigna           Hcclaimpmt /Argenta Couns 823428904 | 284.00 |
| 07/21 | Hlth Adv Si     Hasi Argenta Counse 1538655006 | 547.78 |
| 07/21 | Marketplace     Hcclaimpmt McCoy Counseli | 649.33 |
| 07/21 | Marketplace     Hcclaimpmt McCoy Counseli | 2,057.36 |
| 07/21 | Merchant Bnkcd  Deposit Argenta Counse 266280733889 | 2,515.20 |
| 07/21 | Blue Advantage  Us01 Argenta Counse 1538655006 | 66.55 |
| 07/21 | Blue Advantage  Us01 Argenta Counse 1538655006 | 101.55 |
| 07/21 | Blue Advantage  Us01 Argenta Counse 1538655006 | 131.19 |
| 07/21 | Blue Advantage  Us01 Argenta Counse 1538655006 | 136.19 |
| 07/21 | Blue Advantage  Us01 Argenta Counse 1538655006 | 136.19 |
| 07/21 | Blue Advantage  Us01 Argenta Counse 1538655006 | 136.19 |
| 07/21 | Blue Advantage  Us01 Argenta Counse 1538655006 | 136.19 |
| 07/21 | Blue Advantage  Us01 Argenta Counse 1538655006 | 141.19 |
| 07/21 | Blue Advantage  Us01 Argenta Counse 1538655006 | 146.19 |
| 07/21 | Blue Advantage  Us01 Argenta Counse 1538655006 | 151.19 |
| 07/21 | Blue Advantage  Us01 Argenta Counse 1538655006 | 265.90 |
| 07/21 | Blue Advantage  Us01 Argenta Counse 1538655006 | 282.38 |
| 07/21 | Blue Advantage  Us01 Argenta Counse 1538655006 | 292.38 |
| 07/21 | Blue Advantage  Us01 Argenta Counse 1538655006 | 312.38 |
| 07/21 | Blue Advantage  Us01 Argenta Counse 1538655006 | 316.81 |
| 07/21 | Hlth Adv AR     Haar Argenta Counse 1538655006 | 2,352.99 |
| 07/22 | Pgba Tricare Wr5 Hcclaimpmt Argenta Counse 1538655006  370 | 54.17 |
| 07/22 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 67.80 |
| 07/22 | Umr             Hcclaimpmt McCoy Counseli 823428904 | 79.79 |
| 07/22 | Geha Umr        Hcclaimpmt McCoy Counseli 823428904 | 136.02 |
| 07/22 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 199.58 |
| 07/22 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 334.16 |
| 07/22 | Octave Amisys   Ctct Argenta Counse 1538655006 | 1,038.52 |
| 07/22 | Abcbs Reg       Bcbc Argenta Counse 1538655006 | 3,918.00 |
| 07/22 | Pay Plus        Hcclaimpmt Kellee McCoy P 823428904 | 145.07 |
| 07/22 | Merchant Bnkcd  Deposit Argenta Counse 266280733889 | 3,232.01 |
| 07/23 | Card Credit Water Coffee DE  5999 800-7285508   FL 33607    5271 | 7.00 |
| 07/23 | Cigna Edge Trans Hcclaimpmt Argenta Counse 603501100383 | 12.00 |
| 07/23 | Pgba Tricare Wa5 Hcclaimpmt Argenta Counse 1538655006  370 | 15.62 |
| 07/23 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 29.79 |

REGIONS

Regions Bank
Little Rock Main
400 W Capitol Ave., Suite 250
Little Rock, AR 72201

MCCOY COUNSELING LLC DBA ARGENTA
COUNSELING
DEBTOR IN POSSESSION--OPERATING
CASE NO. 4:24-BK10180
513 MAIN ST
NORTH LITTLE ROCK AR 72114-5329

ACCOUNT #  7502

053
Cycle 26
Enclosures 0
Page 6 of 12

## DEPOSITS & CREDITS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 07/23 | Cigna Hcclaimpmt /Argenta Couns 823428904 | 70.23 |
| 07/23 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 94.79 |
| 07/23 | Umr Hcclaimpmt McCoy Counseli 823428904 | 104.79 |
| 07/23 | Pgba Tricare Wr5 Hcclaimpmt Argenta Counse 1538655006 370 | 146.99 |
| 07/23 | Abcbs Fep Fpec Argenta Counse 1538655006 | 932.56 |
| 07/23 | Marketplace Hcclaimpmt McCoy Counseli | 1,564.95 |
| 07/23 | Abcbs Blue Card It01 Argenta Counse 1538655006 | 3,715.31 |
| 07/23 | Merchant Bnkcd Deposit Argenta Counse 266280733889 | 3,308.25 |
| 07/23 | Deposit - Thank You | 1,758.79 |
| 07/24 | Geha Umr Hcclaimpmt McCoy Counseli 823428904 | 84.79 |
| 07/24 | Pgba Tricare Wa5 Hcclaimpmt Argenta Counse 1538655006 370 | 102.78 |
| 07/24 | Marketplace Hcclaimpmt McCoy Counseli | 120.11 |
| 07/24 | Hlth Adv ST Hast Argenta Counse 1538655006 | 241.87 |
| 07/24 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 254.17 |
| 07/24 | Marketplace Hcclaimpmt McCoy Counseli | 2,861.55 |
| 07/24 | Marketplace Hcclaimpmt McCoy Counseli | 2,151.25 |
| 07/24 | Merchant Bnkcd Deposit Argenta Counse 266280733889 | 3,373.97 |
| 07/25 | Cigna Hcclaimpmt /Argenta Couns 823428904 | 22.00 |
| 07/25 | Pgba Tricare Wa5 Hcclaimpmt Argenta Counse 1538655006 370 | 51.39 |
| 07/25 | Aetna As01 Hcclaimpmt McCoy Counseli 1538655006 | 79.02 |
| 07/25 | Hlthadv Exchange Hahe Argenta Counse 1538655006 | 105.68 |
| 07/25 | Aetna A04 Hcclaimpmt McCoy Counseli 1538655006 | 120.47 |
| 07/25 | Umr Hcclaimpmt McCoy Counseli 823428904 | 179.38 |
| 07/25 | Abcbs Fep Fped Argenta Counse 1538655006 | 350.15 |
| 07/25 | Aetna As01 Hcclaimpmt McCoy Counseli 1538655006 | 433.13 |
| 07/25 | Abcbs Fep Fpec Argenta Counse 1538655006 | 898.68 |
| 07/25 | Merchant Bnkcd Deposit Argenta Counse 266280733889 | 4,457.52 |
| 07/25 | Hlth Adv Si Hasi Argenta Counse 1538655006 | 498.57 |
| 07/25 | Hlth Adv AR Haar Argenta Counse 1538655006 | 2,841.36 |
| 07/28 | Umr Hcclaimpmt McCoy Counseli 823428904 | 78.71 |
| 07/28 | Umr Hcclaimpmt McCoy Counseli 823428904 | 79.79 |
| 07/28 | Baa Level Fund Uslf Argenta Counse 1538655006 | 136.19 |
| 07/28 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 209.58 |
| 07/28 | United Behaviora Hcclaimpmt McCoy Counseli 823428904 | 259.17 |
| 07/28 | Umr Hcclaimpmt McCoy Counseli 823428904 | 1,354.16 |
| 07/28 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 1,365.46 |
| 07/28 | Abcbs Amisys Bcab Argenta Counse 1538655006 | 2,767.38 |
| 07/28 | Merchant Bnkcd Deposit Argenta Counse 266280733889 | 70.00 |
| 07/28 | Cigna Edge Trans Hcclaimpmt Argenta Counse 600100791389 | 98.00 |
| 07/28 | Merchant Bnkcd Deposit Argenta Counse 266280733889 | 150.00 |
| 07/28 | Cigna Hcclaimpmt /Argenta Couns 823428904 | 168.00 |
| 07/28 | Marketplace Hcclaimpmt McCoy Counseli | 799.19 |
| 07/28 | Merchant Bnkcd Deposit Argenta Counse 266280733889 | 1,342.29 |
| 07/28 | Marketplace Hcclaimpmt McCoy Counseli | 1,431.48 |
| 07/28 | Mobile Deposit-Avail Tonight | 1,284.48 |
| 07/29 | Pgba Tricare Wr5 Hcclaimpmt Argenta Counse 1538655006 370 | 35.12 |
| 07/29 | Pgba Tricare Wa5 Hcclaimpmt Argenta Counse 1538655006 370 | 45.39 |
| 07/29 | Blue Advantage Us01 Argenta Counse 1538655006 | 76.55 |
| 07/29 | Geha Umr Hcclaimpmt McCoy Counseli 823428904 | 84.79 |
| 07/29 | Blue Advantage Us01 Argenta Counse 1538655006 | 92.95 |
| 07/29 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 104.79 |
| 07/29 | Blue Advantage Us01 Argenta Counse 1538655006 | 115.40 |
| 07/29 | Blue Advantage Us01 Argenta Counse 1538655006 | 131.19 |
| 07/29 | Blue Advantage Us01 Argenta Counse 1538655006 | 131.19 |

**REGIONS**

Regions Bank
Little Rock Main
400 W Capitol Ave., Suite 250
Little Rock, AR 72201

MCCOY COUNSELING LLC DBA ARGENTA
COUNSELING
DEBTOR IN POSSESSION--OPERATING
CASE NO. 4:24-BK10180
513 MAIN ST
NORTH LITTLE ROCK AR 72114-5329

ACCOUNT #  7502

Cycle 053
Enclosures 26
Page 0
7 of 12

## DEPOSITS & CREDITS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 07/29 | Blue Advantage   Us01 Argenta Counse 1538655006 | 132.95 |
| 07/29 | Blue Advantage   Us01 Argenta Counse 1538655006 | 132.95 |
| 07/29 | Blue Advantage   Us01 Argenta Counse 1538655006 | 136.19 |
| 07/29 | Blue Advantage   Us01 Argenta Counse 1538655006 | 136.19 |
| 07/29 | Octave Amisys    Ctct Argenta Counse 1538655006 | 156.87 |
| 07/29 | Blue Advantage   Us01 Argenta Counse 1538655006 | 196.82 |
| 07/29 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 323.29 |
| 07/29 | Blue Advantage   Us01 Argenta Counse 1538655006 | 332.38 |
| 07/29 | Blue Advantage   Us01 Argenta Counse 1538655006 | 453.00 |
| 07/29 | Blue Advantage   Us01 Argenta Counse 1538655006 | 468.57 |
| 07/29 | Blue Advantage   Us01 Argenta Counse 1538655006 | 705.95 |
| 07/29 | Abcbs Reg        Bcbc Argenta Counse 1538655006 | 2,345.30 |
| 07/29 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 4,240.40 |
| 07/30 | Cigna            Hcclaimpmt /Argenta Couns 823428904 | 89.00 |
| 07/30 | United Behaviora Hcclaimpmt McCoy Counseli 823428904 | 94.79 |
| 07/30 | Unitedhealthcare Hcclaimpmt McCoy Counseli 823428904 | 94.79 |
| 07/30 | Optum VA Ccn Reg Hcclaimpmt McCoy Counseli 823428904 | 111.19 |
| 07/30 | Cigna Edge Trans Hcclaimpmt Argenta Counse 601300807711 | 115.00 |
| 07/30 | 36  Treas 310    Misc Pay 0010mccoy Coun 823428904360012 | 166.76 |
| 07/30 | Geha Umr         Hcclaimpmt McCoy Counseli 823428904 | 169.58 |
| 07/30 | Umr              Hcclaimpmt McCoy Counseli 823428904 | 209.58 |
| 07/30 | Abcbs Fep        Fpev Argenta Counse 1538655006 | 293.39 |
| 07/30 | Marketplace      Hcclaimpmt McCoy Counseli | 318.62 |
| 07/30 | Abcbs Fep        Fpec Argenta Counse 1538655006 | 431.84 |
| 07/30 | Abcbs Blue Card  It01 Argenta Counse 1538655006 | 2,886.67 |
| 07/30 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 2,916.79 |
| 07/30 | Deposit - Thank You | 301.56 |
| 07/31 | 36  Treas 310    Misc Pay 0009mccoy Coun 823428904360012 | 83.38 |
| 07/31 | Walmart          Uswm Argenta Counse 1538655006 | 131.19 |
| 07/31 | Pgba Tricare Wa5 Hcclaimpmt Argenta Counse 1538655006  370 | 134.41 |
| 07/31 | Pgba Tricare Wr5 Hcclaimpmt Argenta Counse 1538655006  370 | 169.41 |
| 07/31 | Marketplace      Hcclaimpmt McCoy Counseli | 219.99 |
| 07/31 | Marketplace      Hcclaimpmt McCoy Counseli | 1,929.61 |
| 07/31 | Merchant Bnkcd   Deposit Argenta Counse 266280733889 | 2,481.62 |

Total Deposits & Credits $215,004.87

## WITHDRAWALS

| Date | Description | Amount |
|---|---|---:|
| 07/01 | Card Purchase Amazon Mktpl*nq  5942 Amzn.Com/Bill WA 98109    5271 | 186.14 |
| 07/01 | Card Purchase Facebk *82d44v8  7311 650-5434800   CA 94103    5271 | 499.17 |
| 07/01 | Card Purchase Sq *Heroes Coff  5814 Rogers          AR 72758    5271 | 8.84 |
| 07/01 | Cenarkansaswater Billpay McCoy Counseli | 78.97 |
| 07/01 | The Guardian    Jul GP Ins McCoy Counseli | 195.80 |
| 07/01 | Ssbtrustops      P/R Contr McCoy Counseli | 351.87 |
| 07/02 | Card Purchase Tst*the Meteor  5812 Bentonville   AR 72712    5271 | 42.43 |
| 07/02 | Card Purchase Py *N Little Ro  4225 501-547-8590  AR 72117    5271 | 447.00 |
| 07/02 | Card Purchase Google*gsuite A  7399 Cc Google.Com CA 94043    5271 | 552.08 |
| 07/02 | Card Purchase Sq *Onyx Coffee  5814 Bentonville   AR 72712    5271 | 12.97 |
| 07/02 | Recurring Card Transaction Google Ads32182  7311 650-2530000  CA 94043    5271 | 336.67 |
| 07/02 | Card Purchase Sq *Airship Cof  5814 Bentonville   AR 72712    5271 | 15.94 |
| 07/02 | Recurring Card Transaction Jotform Inc     5734 Jotform.Com  CA 94111    5271 | 375.84 |
| 07/03 | Card Purchase Blink          5999 Amzn.Com/Bill WA 98109    5271 | 3.00 |
| 07/03 | Card Purchase Blink          5999 Amzn.Com/Bill WA 98109    5271 | 109.50 |

![Regions Logo] Regions Bank
Little Rock Main
400 W Capitol Ave., Suite 250
Little Rock, AR 72201

MCCOY COUNSELING LLC DBA ARGENTA
COUNSELING
DEBTOR IN POSSESSION--OPERATING
CASE NO. 4:24-BK10180
513 MAIN ST
NORTH LITTLE ROCK AR 72114-5329

ACCOUNT # 7502

053
Cycle 26
Enclosures 0
Page 8 of 12

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 07/03 | Gusto          Tax 821565 McCoy Counseli 6semk541uh0 | 2.30 |
| 07/03 | Gusto          Net 814676 McCoy Counseli 6semk541ugv | 13.70 |
| 07/03 | Capital One    Crcardpmt Kellee McCoy  43mout8kmdrw6nw | 28.00 |
| 07/03 | Gusto          Cnd 814684 McCoy Counseli 6semk54al2n | 115.50 |
| 07/03 | Gusto          Tax 821565 McCoy Counseli 6semk5429nn | 156.14 |
| 07/03 | Gusto          Cnd 814684 McCoy Counseli 6semk54al2u | 245.74 |
| 07/03 | Gusto          Tax 821565 McCoy Counseli 6semk5445t3 | 295.87 |
| 07/03 | Gusto          Tax 821565 McCoy Counseli 6semk541j5b | 318.41 |
| 07/03 | Gusto          Cnd 814684 McCoy Counseli 6semk54al2r | 356.24 |
| 07/03 | Gusto          Cnd 814684 McCoy Counseli 6semk54al2q | 362.12 |
| 07/03 | Gusto          Cnd 814684 McCoy Counseli 6semk54al2v | 383.92 |
| 07/03 | Gusto          Cnd 814684 McCoy Counseli 6semk54al2p | 460.15 |
| 07/03 | Gusto          Cnd 814684 McCoy Counseli 6semk54al2s | 619.68 |
| 07/03 | Gusto          Net 814676 McCoy Counseli 6semk5429nm | 778.19 |
| 07/03 | Gusto          Cnd 814684 McCoy Counseli 6semk54al30 | 1,068.89 |
| 07/03 | Gusto          Net 814676 McCoy Counseli 6semk541j5a | 1,106.73 |
| 07/03 | Gusto          Net 814676 McCoy Counseli 6semk5445t2 | 1,363.93 |
| 07/03 | Gusto          Cnd 814684 McCoy Counseli 6semk54al31 | 1,590.10 |
| 07/03 | Gusto          Cnd 814684 McCoy Counseli 6semk54al2t | 1,791.06 |
| 07/03 | Gusto          Tax 821565 McCoy Counseli 6semk52j3uq | 3,768.54 |
| 07/03 | Gusto          Cnd 814684 McCoy Counseli 6semk54al2o | 4,199.80 |
| 07/03 | Gusto          Net 814676 McCoy Counseli 6semk52j3up | 11,322.82 |
| 07/07 | Recurring Card Transaction Zoom.Com 888-79  4814 Zoom.US    CA 95113   5271 | 18.60 |
| 07/07 | Recurring Card Transaction Evernote       5817 650-2570885  CA 94041   5271 | 129.99 |
| 07/07 | Recurring Card Transaction Canva* I04569-1  7333 Canva.Com   DE 19934   5271 | 12.95 |
| 07/07 | Card Purchase Hp *Instant Ink  5111 855-785-2777  CA 94304   5271 | 8.67 |
| 07/07 | Recurring Card Transaction Psychology Toda  7311 Psychologytod SD 57103   5271 | 29.95 |
| 07/07 | Recurring Card Transaction Sqsp* Inv189076  7372 Squarespace.C Ny 10014   5271 | 15.00 |
| 07/07 | Pay Plus       Achtrans Default Debit  75974089 | 0.30 |
| 07/07 | Next Insur (Ap I Next Insur McCoy Counseli ST-D9v3w3w6d8m0 | 12.61 |
| 07/07 | Lowes          Payment McCoy,Kellee  798192451338776 | 60.00 |
| 07/07 | Guideline Retire Guideline McCoy Counseli ST-Y2m7m4a7z5b9 | 313.00 |
| 07/07 | Gusto          Fee 866187 McCoy Counseli 6semk54mpp5 | 920.00 |
| 07/08 | Card Purchase Downtown Rivers  7011 501-3405312  AR 72114   5271 | 282.90 |
| 07/08 | Pay Plus       Achtrans Default Debit  76174780 | 3.72 |
| 07/08 | Intuit *       Qbooks Onl McCoy Counseli 5074734 | 115.00 |
| 07/08 | Hello Rache    Hello Rach McCoy Counseli ST-Y2c1t7w8v4v8 | 522.50 |
| 07/08 | Ssbtrustops    P/R Contr McCoy Counseli | 917.45 |
| 07/09 | Card Purchase Hp *Instant Ink  5111 855-785-2777  CA 94304   5271 | 6.01 |
| 07/09 | Recurring Card Transaction Dnh*godaddy#381  4816 480-5058855  AZ 85281   5271 | 42.18 |
| 07/09 | Pinnacle Revenue Sale McCoy Counseli | 1,000.00 |
| 07/10 | Card Purchase Tst*blackberry  5812 North Little  AR 72114   5271 | 37.93 |
| 07/10 | Wav*shannon Saun 4794093839 McCoy Counseli | 250.00 |
| 07/10 | Gusto          Cnd 994954 McCoy Counseli 6semk55t8lp | 5,688.47 |
| 07/11 | Card Purchase Tst*blackberry  5812 North Little  AR 72114   5271 | 8.59 |
| 07/11 | Card Purchase Lock and Load S  4225 501-4555662  AR 72210   5271 | 70.00 |
| 07/11 | Card Purchase Lock and Load S  4225 501-4555662  AR 72210   5271 | 140.00 |
| 07/11 | Gusto          Tax 085099 McCoy Counseli 6semk568oem | 3,323.68 |
| 07/11 | Gusto          Net 085098 McCoy Counseli 6semk568oel | 7,239.14 |
| 07/11 | Harland Clarke   Chk Orders McCoy Counseli | 219.23 |
| 07/14 | Card Purchase Doordash Gift C  5812 Doordash.Com  CA 94107   5271 | 75.00 |
| 07/14 | Card Purchase Spotify P387d8a  4899 New York     Ny 10007   5271 | 21.89 |
| 07/14 | Card Purchase Tst* Draft and   5812 N Little Rock AR 72114   5271 | 74.66 |
| 07/14 | Card Purchase Tst*blackberry  5812 North Little  AR 72114   5271 | 5.43 |

**REGIONS**

Regions Bank
Little Rock Main
400 W Capitol Ave., Suite 250
Little Rock, AR 72201

MCCOY COUNSELING LLC DBA ARGENTA
COUNSELING
DEBTOR IN POSSESSION--OPERATING
CASE NO. 4:24-BK10180
513 MAIN ST
NORTH LITTLE ROCK AR 72114-5329

ACCOUNT #  7502

053
Cycle 26
Enclosures 0
Page 9 of 12

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 07/14 | Recurring Card Transaction IN *Mdtoolbox   7379 206-3314420   WA 99336   5271 | 190.00 |
| 07/14 | Next Insur (Ap I Next Insur McCoy Counseli ST-C3m6q8v4f0y5 | 24.88 |
| 07/14 | T-Mobile     Pcs Svc Argenta Couns 7406673 | 51.60 |
| 07/14 | Hello Rache     Hello Rach McCoy Counseli ST-B5y3u0k5u4k6 | 608.00 |
| 07/15 | Card Purchase Sp Upnourish    5399 Upnourishbran TX 75013    5271 | 13.59 |
| 07/15 | Card Purchase Sq *Airship Cof  5814 Bentonville   AR 72712    5271 | 15.30 |
| 07/15 | Target Card Srvc Payment McCoy,Kellee   H    354082367 | 150.00 |
| 07/15 | Ritter Comm     Ritter ACH McCoy Counseli 00309943-4 | 229.99 |
| 07/15 | Ssbtrustops      P/R Contr McCoy Counseli | 310.60 |
| 07/16 | Card Purchase Hp *Instant Ink  5111 855-785-2777  CA 94304    5271 | 5.97 |
| 07/16 | A Taylord Clean  Online Pmt McCoy Counseli Ckf632935050pos | 150.00 |
| 07/16 | Tactical Back of Sale McCoy Counseli | 1,565.35 |
| 07/17 | Card Purchase Sq *Onyx Coffee  5814 Rogers         AR 72756    5271 | 26.28 |
| 07/17 | Card Purchase Sq *Onyx Coffee  5814 Bentonville   AR 72712    5271 | 17.75 |
| 07/18 | Card Purchase Samsclub.Com    5300 888-746-7726  AR 72712    5271 | 162.21 |
| 07/18 | Card Purchase Sq *Onyx Coffee  5814 Bentonville   AR 72712    5271 | 5.83 |
| 07/18 | Gusto        Tax 379119 McCoy Counseli 6semk599kak | 168.85 |
| 07/18 | Gusto        Cnd 379126 McCoy Counseli 6semk59efp7 | 178.58 |
| 07/18 | Gusto        Cnd 379126 McCoy Counseli 6semk59efp6 | 186.12 |
| 07/18 | Gusto        Cnd 379126 McCoy Counseli 6semk59efov | 215.96 |
| 07/18 | Gusto        Cnd 379126 McCoy Counseli 6semk59efp3 | 247.22 |
| 07/18 | Gusto        Cnd 379126 McCoy Counseli 6semk59efp2 | 352.75 |
| 07/18 | Gusto        Tax 379119 McCoy Counseli 6semk59a12m | 562.47 |
| 07/18 | Gusto        Cnd 379126 McCoy Counseli 6semk59efp1 | 588.80 |
| 07/18 | Gusto        Cnd 379126 McCoy Counseli 6semk59efp4 | 774.60 |
| 07/18 | Gusto        Net 386082 McCoy Counseli 6semk599kaj | 856.89 |
| 07/18 | Gusto        Cnd 379126 McCoy Counseli 6semk59efp8 | 1,125.07 |
| 07/18 | Gusto        Net 386082 McCoy Counseli 6semk59a12l | 1,572.92 |
| 07/18 | Gusto        Cnd 379126 McCoy Counseli 6semk59efp0 | 3,336.91 |
| 07/18 | Gusto        Cnd 379126 McCoy Counseli 6semk59efp5 | 3,661.55 |
| 07/18 | Gusto        Tax 379119 McCoy Counseli 6semk56slrv | 9,832.99 |
| 07/18 | Gusto        Net 386082 McCoy Counseli 6semk56slru | 11,462.92 |
| 07/21 | Recurring Card Transaction Microsoft*micro  5818 Microsoft.Com WA 98052   5271 | 9.99 |
| 07/21 | Next Insur (Ap I Next Insur McCoy Counseli ST-S0b2u8c4l8o0 | 11.86 |
| 07/21 | AR BCBS Group    Web Pmt McCoy Counseli 1044108712 | 75.12 |
| 07/21 | AR BCBS Group    Web Pmt McCoy Counseli 1044108197 | 393.51 |
| 07/21 | Gusto         Tax 418794 McCoy Counseli 6semk59o0ub | 507.76 |
| 07/21 | AR BCBS Group    Web Pmt McCoy Counseli 1044107872 | 1,284.48 |
| 07/21 | AR BCBS Group    Web Pmt McCoy Counseli 1044107492 | 1,473.89 |
| 07/21 | Verizon Wireless Payments 00000000942694 094269468900001 | 1,650.59 |
| 07/21 | AR BCBS Group    Web Pmt McCoy Counseli 1044962857 | 5,304.56 |
| 07/21 | Hello Rache     Hello Rach McCoy Counseli ST-L4j8t7o6v2j1 | 622.25 |
| 07/22 | Card Purchase Affirm * Pay Bi  6012 855-423-3729  CA 94107    5271 | 69.42 |
| 07/22 | Card Purchase Tst*kennedy Cof  5814 Bentonville   AR 72712    5271 | 14.78 |
| 07/22 | Card Purchase Therapynotes, L  4816 215-658-4550  PA 19090    5271 | 2,477.60 |
| 07/22 | Recurring Card Transaction Openai *Chatgpt  5734 Openai.Com   CA 94104    5271 | 20.00 |
| 07/22 | Gusto        Tax 440541 McCoy Counseli 6semk59sr98 | 40.60 |
| 07/22 | Gusto        Net 433452 McCoy Counseli 6semk59sr97 | 167.70 |
| 07/22 | Ssbtrustops      P/R Contr McCoy Counseli | 1,813.03 |
| 07/23 | Card Purchase Hp *Instant Ink  5111 855-785-2777  CA 94304    5271 | 26.27 |
| 07/23 | Card Purchase Sq *Onyx Spring  5814 Springdale    AR 72764    5271 | 12.09 |
| 07/23 | Pay Plus       Achtrans Default Debit  78938772 | 4.28 |
| 07/23 | A Taylord Clean  Online Pmt McCoy Counseli Ckf632935050pos | 300.00 |
| 07/23 | City of Nlr - UT ACH Pymt Argenta Counse 2724590001 | 306.53 |

**Regions Bank**
Little Rock Main
400 W Capitol Ave., Suite 250
Little Rock, AR 72201

MCCOY COUNSELING LLC DBA ARGENTA
COUNSELING
DEBTOR IN POSSESSION--OPERATING
CASE NO. 4:24-BK10180
513 MAIN ST
NORTH LITTLE ROCK AR 72114-5329

ACCOUNT #          7502

053
Cycle         26
Enclosures     0
Page       10 of 12

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 07/23 | Keech Law Firm   Online Pmt McCoy Counseli Ckf632935050pos | 1,000.00 |
| 07/23 | Gusto       Cnd 475787 McCoy Counseli 6semk5advri | 3,906.00 |
| 07/24 | Card Purchase Tst*iron Horse   5814 Rogers      AR 72756    5271 | 20.41 |
| 07/24 | Card Purchase Hp *Instant Ink  5111 855-785-2777  CA 94304   5271 | 17.51 |
| 07/24 | Sams Club       Payment McCoy,Kellee   521333126996686 | 100.00 |
| 07/24 | Amz_storecrd_pmt Payment McCoy,Kellee   604578119423694 | 200.00 |
| 07/24 | Best Buy       Auto Pymt Kellee McCoy   721731349250462 | 336.00 |
| 07/25 | Gusto       Rem 611156 McCoy Counseli 6semk5b5du2 | 47.86 |
| 07/25 | Gusto       Tax 603717 McCoy Counseli 6semk5b5du1 | 3,267.54 |
| 07/25 | Gusto       Net 611155 McCoy Counseli 6semk5b5du0 | 6,907.78 |
| 07/28 | Recurring Card Transaction Psychology Toda  7311 Psychologytod SD 57103    5271 | 29.95 |
| 07/28 | Ssbtrustops      P/R Contr McCoy Counseli | 11.00 |
| 07/28 | Jts Financial SE Sale McCoy Counseli | 50.00 |
| 07/28 | Next Insur (Ap I Next Insur McCoy Counseli ST-S2c8h1w7a4q7 | 52.84 |
| 07/28 | Mass Mutual Ins. Premium Kellee McCoy   6886beb2afda3bb | 341.48 |
| 07/28 | Weave ACH         8885795668 McCoy Counseli 2080001135 | 553.57 |
| 07/28 | Pinnacle Revenue Sale McCoy Counseli | 1,500.00 |
| 07/29 | A Taylord Clean  Online Pmt McCoy Counseli Ckf632935050pos | 150.00 |
| 07/29 | Ssbtrustops      P/R Contr McCoy Counseli | 348.99 |
| 07/29 | Hello Rache      Hello Rach McCoy Counseli ST-M4k4m5s8t9b9 | 612.75 |
| 07/30 | Recurring Card Transaction Hello Rache     8099 Hellorache.CO AZ 85635    5271 | 612.75 |
| 07/31 | Card Purchase Fedex496339478   4215 800-4633339  TN 38116    5271 | 9.65 |
| 07/31 | Card Purchase Tst*natural Mus  5812 479-579-2233  AR 72712    5271 | 14.62 |
|  | **Total Withdrawals** | **$130,457.86** |

## FEES

| Date | Description | Amount |
|---|---|---:|
| 07/09 | Analysis Charge        06-25 | 12.00 |
| 07/31 | Excessive Withdrawal\Item Fee | 175.50 |
|  | **Total Fees** | **$187.50** |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---:|---|---|---:|
| 07/09 | 1196 | 31.64 | 07/08 | 1435 | 2,117.11 |
| 07/08 | 1197 | 2,500.00 | 07/03 | 1436 | 973.39 |
| 07/10 | 1198 | 4,814.22 | 07/03 | 1437 | 1,358.21 |
| 07/10 | 1199 | 270.00 | 07/21 | 1438 | 1,528.91 |
| 07/02 | 1200 | 3,273.63 | 07/22 | 1439 | 1,592.35 |
| 07/07 | 1202 * | 1,671.53 | 07/24 | 1440 | 846.62 |
| 07/18 | 1203 | 1,589.15 | 07/22 | 1441 | 266.82 |
| 07/22 | 1204 | 1,671.53 | 07/18 | 1442 | 3,046.13 |
| 07/08 | 1428 * | 1,448.06 | 07/18 | 1443 | 2,701.33 |
| 07/25 | 1429 | 2,536.41 | 07/18 | 1444 | 685.60 |
| 07/07 | 1430 | 2,037.70 | 07/22 | 1445 | 2,046.29 |
| 07/10 | 1431 | 718.80 | 07/18 | 1446 | 785.48 |
| 07/09 | 1432 | 284.96 | 07/18 | 1447 | 1,760.51 |
| 07/07 | 1433 | 2,674.20 | 07/18 | 1448 | 2,161.29 |
| 07/07 | 1434 | 2,417.49 | 07/08 | 995049 * | 39.95 |
|  |  |  |  | **Total Checks** | **$49,849.31** |

\* Break In Check Number Sequence.

**Regions Bank**
Little Rock Main
400 W Capitol Ave., Suite 250
Little Rock, AR 72201

MCCOY COUNSELING LLC DBA ARGENTA
COUNSELING
DEBTOR IN POSSESSION--OPERATING
CASE NO. 4:24-BK10180
513 MAIN ST
NORTH LITTLE ROCK AR 72114-5329

**ACCOUNT #**  7502

053
Cycle 26
Enclosures 0
Page 11 of 12

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/01 | 32,815.17 | 07/14 | 28,816.79 | 07/23 | 24,604.56 |
| 07/02 | 43,983.06 | 07/15 | 40,771.69 | 07/24 | 32,274.51 |
| 07/03 | 15,121.03 | 07/16 | 50,990.50 | 07/25 | 29,552.27 |
| 07/07 | 13,806.46 | 07/17 | 55,959.03 | 07/28 | 38,607.31 |
| 07/08 | 15,464.43 | 07/18 | 12,472.21 | 07/29 | 48,073.80 |
| 07/09 | 25,752.97 | 07/21 | 19,373.66 | 07/30 | 55,660.61 |
| 07/10 | 23,119.88 | 07/22 | 18,398.66 | 07/31 | 60,610.45 |
| 07/11 | 19,681.40 | | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

"Exhibit C"

Cleared Checks for the month of July 2025:

#1996 - Dept of the Treasury - $31.64 - payroll taxes
$1197 - Marvin Norman - $2,500.00 - rent NLR
#1198 - Chenal Properties Pkwy - $4,814.22 - rent WLR
#1199 - Chenal Properties Pkwy - $270.00 - janitorial service
#1200 - Partners Bank - $3,273.63 - LOC interest payment
#1202 - Merideth McCoy - $1,671.53 - net admin pay
#1203 - Kellee McCoy - $15,89. 15 - net clinical pay
#1204 - Merideth McCoy -  $1,671.53 - net admin pay
#1428 - $1,488.06 - Provider net pay
#1429 - $2,536.41 - Provider net pay
#1430 - $2,037.70 - Provider net pay
#1431 - $718.80 - Provider net pay
#1432 - $284.96 - Provider net pay
#1433 - $2,674.20 - Provider net pay
#1434 - $2,417.49 - Provider net pay
#1435 - $2,117.11 - Provider net pay
#1436 - 973.39 - Provider net pay
#1437 - $1,358. 21 - Provider net pay
#1438 - $1,528.91 - Provider net pay
#1439 - $1,592.35 - Provider net pay
#1440 - $846.62 - Provider net pay
#1441 - $266.82 - Provider net pay
#1442 - $3,046.13 - Provider net pay
#1443 - $2,701. 33 - Provider net pay
#1444 - $685.60 - Provider net pay
#1445 - $2,046.29 - Provider net pay
#1446 - $785.48 - Provider net pay
#1447 - $1,760.51 - Provider net pay
#1448 - $2,161.29 - Provider net pay
#995049 - $39.95 - Courthouse Concepts - background check for new employee